1      UNITED STATES DISTRICT COURT

2      EASTERN DISTRICT OF CALIFORNIA

3

4    DUANE EVANS d/b/a ASPEN PROPERTIES,    )
                                            )    Case No. 2:06-CV-00503-WBS-PAN (JFM)
5                         Plaintiff,        )
                                            )    **ORDER DENYING EXTENSION OF**
6          v.                               )    **TIME TO FILE EXPERT REPORTS**
                                            )    **AND REBUTTAL REPORTS**
7    TRIMONT LAND COMPANY, INC., a          )
     California corporation, and DOES 1 through 10,  )
8    inclusive,                             )
                                            )
9                         Defendants. and   )
                                            )
10   TRIMONT LAND COMPANY,                  )
     counter-Claim Plaintiff.              )
11                                          )
     v.                                     )
12                                          )
     DUANE EVANS d/b/a ASPEN PROPERTIES,
13   Counter-Claim Defendant.
                                            )
14   _____

15

16          After reviewing Defendants' Ex Parte Application for Extension of Time for Defendants to

17   Provide Expert Disclosures, and the Declaration of Glenn W. Peterson in Opposition to the Ex Parte

18   Application, the court hereby makes the following findings and orders without needing to consult

19   with the parties any further:

20

21          1.      Defendant has not shown that the requested modification to the Pretrial Order is

22   necessary to manifest injustice, pursuant to Rule 16(e).

23

24   2.     Defendant's ex parte request for an extension of time up to and including September 15,

25   2006 to disclose its experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2), and

26   ///

27   ///

28   ///

PDF created with pdfFactory trial version www.pdffactory.com

1   extending the time to disclose expert testimony and reports intended solely for rebuttal to October 6,

2   2006 is hereby DENIED.

3

4   Dated this 31st day of August, 2006.

5

6

7   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

    fb.us.61121621.01

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com