GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:  916.780.8222
Fax:     916.780.8775

Attorneys for Plaintiff
DUANE EVANS D/B/A ASPEN PROPERTIES

JOHN E. FAGAN
JILL HALEY PENWARDEN
**DUANE MORRIS LLP**
850 North Lake Boulevard, Suite 15
Tahoe City, CA 96145
Phone: (530) 584-5106
Fax:  (530) 581-3215

NATALIE HANLON-LEH*
**FAEGRE & BENSON, LLP**
1700 Lincoln St., #3200
Denver, CO  80203
Phone:  (303) 607-3500
Fax:  (303) 607-3600
*Admitted Pro Hac Vice

Attorneys for Defendant-Counterclaimant
TRIMONT LAND COMPANY, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE EVANS d/b/a/ ASPEN PROPERTIES,<br><br>    Plaintiff,<br><br>v.<br><br>TRIMONT LAND COMPANY, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____<br>TRIMONT LAND COMPANY, INC.,<br><br>    Counter-Claim Plaintiff.<br><br>v.<br><br>DUANE EVANS d/b/a/ ASPEN PROPERTIES,<br><br>    Counter-Claim Defendant. | Case No. 2:06-CV-00503-WBS-PAN (JFM)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  March 19, 2007<br>Time: **1:30 p.m.**<br>Ctrm: 5<br><br>[No Trial Date Set] |

PDF created with pdfFactory trial version www.pdffactory.com

1. Trimont Land Company, Inc. ("Trimont") filed the pending Motion for Summary Judgment on January 31, 2007 in compliance with the Pretrial Scheduling Order in this matter dated May 26, 2006, which states that all such motions must be filed on or before January 31, 2007.

2. Duane Evans' d/b/a/ Aspen Properties ("Evans") opposition papers are currently due to be filed March 5, 2007, and Trimont's reply papers are currently due to be filed March 12, 2007.

3. The parties agree and hereby stipulate that the hearing currently scheduled for March 19, 2007 be continued to April 2, 2007, the Court's next available hearing date.

4. The parties further stipulate that Evans' opposition is now due to be filed March 19, 2007 and Trimont's reply is now due to be filed March 26, 2007.

5. The Final Pretrial Conference in this matter is currently scheduled for April 23, 2007.

**SO STIPULATED.**

DATED: March 1, 2007    **MILLSTONE PETERSON & WATTS, LLP**
*ATTORNEYS AT LAW*

By: _____/s/_____
       GLENN W. PETERSON

Attorneys for Plaintiff/Counter-Claim Defendant,
DUANE EVANS D/B/A ASPEN PROPERTIES

DATED: March 1, 2007    **FAEGRE & BENSON, LLP**

By: _____/s/_____
       NATALIE HANLON-LEH

John E. Fagen
Jill Haley Penwarden
DUANE MORRIS LLP

Attorneys for Defendant/Counterclaimant,
TRIMONT LAND COMPANY, INC.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

**SO ORDERED.**

DATE:  March 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com