UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DUANE EVANS d/b/a ASPEN PROPERTIES,

      Plaintiff,

  v.

TRIMONT LAND COMPANY, INC., a California corporation, and DOES 1 through 10, inclusive,

      Defendants.
_____
TRIMONT LAND COMPANY, INC., a California corporation, and DOES 1 through 10, inclusive,

      Counterclaimants,

  v.

DUANE EVANS d/b/a ASPEN PROPERTIES,

      Counterdefendant.

NO. CIV. S-06-0503 WBS EFB

<u>ORDER</u>

----oo0oo----

      This matter came on for hearing on April 2, 2007, on defendants' motion for summary judgment.  Before hearing arguments on the merits of the motion, the court heard the

1

arguments of counsel on defendants' objections to certain declarations submitted by plaintiff in opposition to the motion. After considering the objections, and good cause appearing therefor, the court hereby orders as follows:

      1.  Defendants' motion for summary judgment is denied without prejudice to its being renewed after the completion of all discovery.

      2.  The date by which plaintiff shall make its initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure is extended to April 9, 2007.

      3.  The date by which defendants shall complete discovery is extended to July 9, 2007.

      4.  The costs and reasonable attorneys fees incurred by defendants in attending today's hearing and in taking the depositions or other discovery of the testimony of all witnesses disclosed pursuant to this order, with the exception of experts discussed in the following paragraph, shall be borne by plaintiff.  At the conclusion of all discovery, counsel for defendants shall submit to the court an itemized statement of all such costs and fees.  The court will consider such statement and will at that time resolve any disputes over the reasonableness of the costs and fees requested.

      5.  The time to disclose expert testimony under Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to June 4, 2007.  The court's order in the preceding paragraph, shifting the costs of discovery, shall not apply to the discovery of the testimony of experts referred to in this paragraph.

      6.  The time within which to file motions, including

motions for summary judgment, is extended to August 20, 2007.

       7.  The Final Pretrial Conference is continued to September 24, 2007, at 2:00 p.m.  All provisions of the court's previous Scheduling Order shall apply with respect to statements to be filed prior to that conference.

       8.  The trial date is continued to October 23, 2007 at 9:00 a.m.

       IT IS SO ORDERED.

DATED:  April 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3