GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:  916.780.8222
Fax:     916.780.8775

Attorneys for Plaintiff
DUANE EVANS D/B/A ASPEN PROPERTIES

JOHN E. FAGAN
JILL HALEY PENWARDEN
**DUANE MORRIS LLP**
850 North Lake Boulevard, Suite 15
Tahoe City, CA 96145
Phone: (530) 584-5106
Fax:  (530) 581-3215

NATALIE HANLON-LEH*
**FAEGRE & BENSON, LLP**
1700 Lincoln St., #3200
Denver, CO  80203
Phone:  (303) 607-3500
Fax:  (303) 607-3600
*Admitted Pro Hac Vice

Attorneys for Defendant-Counterclaimant
TRIMONT LAND COMPANY, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE EVANS d/b/a/ ASPEN PROPERTIES, | Case No. 2:06-CV-00503-WBS-PAN (JFM) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND EXPERT WITNESS DEADLINES** |
| TRIMONT LAND COMPANY, INC., a California corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | Trial Date: October 23, 2007 |
| TRIMONT LAND COMPANY, INC., | |
| Counter-Claim Plaintiff. | |
| v. | |
| DUANE EVANS d/b/a/ ASPEN PROPERTIES, | |
| Counter-Claim Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

1. On April 2, 2007, the Court ordered that the time for the parties to disclose expert testimony under Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to June 4, 2007.

2. On April 2, 2007, the Court further ordered that the date for the defendant to complete discovery is extended to July 9, 2007.

3. On April 9, 2007, the plaintiff made his initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure, identifying eight witnesses.

4. On April 23, 2007, Trimont Land Company served a second set of written discovery on Duane Evans requesting information related to the witnesses disclosed in plaintiff's Rule 26(a)(1) disclosures. In response, counsel for Duane Evans suggested mediation to resolve this matter, and counsel for the parties agreed to schedule mediation.

5. The parties have scheduled a full-day mediation with Judge Cecily Bond of JAMS in Sacramento, California on June 25, 2007. Counsel and the parties believe that it will help promote settlement and conserve resources if the parties are not required to incur the substantial costs associated with the expert witness reports and further discovery, including taking the depositions of the witnesses identified by the plaintiff, prior to the mediation with Judge Bond.

6. The parties agree and hereby stipulate that, if the parties do not resolve this matter during mediation with Judge Bond, the deadline for the parties to disclose expert witnesses pursuant to Rule 26(a)(2) be extended by three weeks after the June 25, 2007 mediation, to July 16, 2007.

7. The parties further stipulate that, if the parties do not resolve this matter during mediation with Judge Bond, the deadline for the defendants to complete discovery be extended forty-five days after the June 25, 2007 mediation, to August 9, 2007.

8. The deadline to file motions, including summary judgment, is currently August 20, 2007 and will not be required to change.

9. The Final Pretrial Conference in this matter is currently scheduled for September 24, 2007 and will not be required to change.

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

**SO STIPULATED.**

DATED: May 31, 2007

**MILLSTONE PETERSON & WATTS, LLP**
*ATTORNEYS AT LAW*

By: /s/ GLENN W. PETERSON
GLENN W. PETERSON

Attorneys for Plaintiff/Counter-Claim Defendant,
DUANE EVANS D/B/A ASPEN PROPERTIES

DATED: May 31, 2007

**FAEGRE & BENSON, LLP**

By: /s/ NATALIE HANLON-LEH
**(AS AUTHORIZED ON MAY 31, 2007)**
NATALIE HANLON-LEH

DATED: May 31, 2007

**DUANE MORRIS, LLP**

By: /s/ JOHN E. FAGAN
**(AS AUTHORIZED ON MAY 31, 2007)**
JOHN E. FAGAN

Attorneys for Defendant/Counterclaimant,
TRIMONT LAND COMPANY, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

**IT IS SO ORDERED.**

DATE: June 1, 2007

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND EXPERT WITNESS DEADLINES
PDF created with pdfFactory trial version www.pdffactory.com