| | |
|---|---|
| 1 | GLENN W. PETERSON, ESQ. (SBN 126173)<br>**MILLSTONE PETERSON & WATTS, LLP** |
| 2 | *Attorneys at Law*<br>2267 Lava Ridge Court, Suite 210 |
| 3 | Roseville, CA  95661<br>Phone:  916.780.8222 |
| 4 | Fax:     916.780.8775 |
| 5 | Attorneys for Plaintiff |
| 6 | DUANE EVANS D/B/A ASPEN PROPERTIES |
| 7 | JOHN E. FAGAN<br>JILL HALEY PENWARDEN |
| 8 | **DUANE MORRIS LLP**<br>850 North Lake Boulevard, Suite 15 |
| 9 | Tahoe City, CA 96145<br>Phone: (530) 584-5106 |
| 10 | Fax:  (530) 581-3215 |
| 11 | NATALIE HANLON-LEH*<br>**FAEGRE & BENSON, LLP** |
| 12 | 1700 Lincoln St., #3200<br>Denver, CO  80203 |
| 13 | Phone:  (303) 607-3500<br>Fax:  (303) 607-3600 |
| 14 | *Admitted Pro Hac Vice |
| 15 | Attorneys for Defendant-Counterclaimant<br>TRIMONT LAND COMPANY, INC. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE EVANS d/b/a/ ASPEN PROPERTIES,<br><br>    Plaintiff,<br><br>v.<br><br>TRIMONT LAND COMPANY, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____<br>TRIMONT LAND COMPANY, INC.,<br><br>    Counter-Claim Plaintiff.<br><br>v.<br><br>DUANE EVANS d/b/a/ ASPEN PROPERTIES,<br><br>    Counter-Claim Defendant. | Case No. 2:06-CV-00503-WBS-PAN (JFM)<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT WITNESSES DEADLINES**<br><br>Trial Date: October 23, 2007 |

1.On June 1, 2007, the Court ordered that the expert witness deadline be extended to July 16, 2007 and the deadline for the defendants to complete discovery be extended to August 9, 2007.

2.The parties are continuing to negotiate a settlement agreement.  Counsel and the parties believe that it will help promote settlement and conserve resources if the parties are not required to incur the substantial costs associated with the expert witness reports while they attempt to negotiate a settlement agreement.

3.The parties agree and hereby stipulate that, if the parties do not finalize a settlement agreement, the deadline for the parties to disclose expert witnesses pursuant to Rule 26(a)(2) be extended by four weeks from the current deadline of July 16, 2007 to August 13, 2007.

4.The parties further stipulate that, if the parties do not negotiate a settlement agreement, the deadline for the defendants to complete discovery be extended from the current deadline of August 9, 2007 to August 17, 2007.

5.The deadline to file motions, including summary judgment, is currently August 20, 2007 and will not be required to change.

6.The Final Pretrial Conference in this matter is currently scheduled for September 24, 2007 and will not be required to change.

PDF created with pdfFactory trial version www.pdffactory.com

**SO STIPULATED.**

DATED: July 13, 2007.                    **MILLSTONE PETERSON & WATTS, LLP**
                                         *ATTORNEYS AT LAW*


By:   s/ GLENN W. PETERSON
        **(AS AUTHORIZED ON JULY 13, 2007)**
          GLENN W. PETERSON

Attorneys for Plaintiff/Counter-Claim Defendant,
DUANE EVANS D/B/A ASPEN PROPERTIES

DATED: July 13, 2007.                    **FAEGRE & BENSON, LLP**



By:   s/ NATALIE HANLON-LEH
        **(AS AUTHORIZED ON JULY 13, 2007)**
          NATALIE HANLON-LEH

DATED: July 13, 2007.                    **DUANE MORRIS, LLP**


By:   s/ JOHN E. FAGAN
        **(AS AUTHORIZED ON JULY 13, 2007)**
          JOHN E. FAGAN

Attorneys for Defendant/Counterclaimant,
TRIMONT LAND COMPANY, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this e-filed document.

**FAEGRE & BENSON, LLP**
*Attorneys at Law*
s/ Natalie Hanlon-Leh

**IT IS SO ORDERED.**

DATE: July 22, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

fb.us.2173350.01

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND EXPERT WITNESS DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com