John E. Fagan
Jill Haley Penwarden
DUANE MORRIS LLP
850 North Lake Boulevard, Suite 15
Tahoe City, CA 96145
(530) 584-5106
(530) 581-3215 - FAX

Natalie Hanlon-Leh*
FAEGRE & BENSON LLP
1700 Lincoln St., #3200
Denver, CO 80203
(303) 607-3500
(303) 607-3600 – FAX
*Admitted Pro Hac Vice

Attorneys for Defendant-Counterclaimant
TRIMONT LAND COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION**

| | |
|---|---|
| DUANE EVANS d/b/a/ ASPEN PROPERTIES,<br><br>    Plaintiff,<br><br>v.<br><br>TRIMONT LAND COMPANY, INC., a California corporation, and DOES 1 through 10, inclusive,<br>    Defendants; and<br><br>TRIMONT LAND COMPANY, Counter-Claim Plaintiff.<br><br>v.<br><br>DUANE EVANS d/b/a/ ASPEN PROPERTIES, Counter-Claim Defendant. | Case No. 2:06-CV-00503-WBS-PAN (JFM)<br><br>**CONSENT JUDGMENT AND DISMISSAL** |

1

CONSENT JUDGMENT AND DISMISSAL


This matter comes before the Court on the Joint Motion of the parties hereto for entry of a Consent Judgment and Dismissal.  As a result of settlement of this action by virtue of a settlement agreement between the parties dated August 22, 2007, which shall become effective upon entry of this Consent Judgment and upon consent of Plaintiff, Duane Evans d/b/a Aspen Properties ("Evans") and Defendant, Trimont Land Company, Inc., ("Trimont"), judgment is hereby entered on Trimont's Counterclaim, and it is hereby ORDERED, ADJUDGED, and DECREED that:

1. This Court has jurisdiction over the parties to this action and over the subject matter of the complaint and counter-claims.

2. Trimont's successor in interest, CNL Income Northstar, LLC ("CNL") is the owner of the trademarks and service marks NORTHSTAR, NORTHSTAR-AT-TAHOE, and a family of marks incorporating the word NORTHSTAR in the United States and owns state and federal registrations and applications for such marks (collectively "NORTHSTAR Marks"), and has entered into a long-term lease agreement with Trimont ("the Lease") whereby Trimont leases back from CNL certain of the purchased assets including the NORTHSTAR Marks.  Under the terms of the Lease, Trimont has the right and the obligation to protect (by litigation if necessary), *inter alia*, the NORTHSTAR Marks and to enter into license agreements and settlement agreements.

3. Evans stipulates that Trimont's NORTHSTAR Marks are valid and enforceable and are not geographically descriptive.

4. As part of the terms of the settlement agreement ("Settlement Agreement"), Plaintiff Duane Evans d/b/a Aspen Properties ("Evans"), without admitting any liability or wrongful conduct, has agreed as follows:

A. To permanently discontinue any and all use of any name, mark or symbol containing "ASPEN-NORTHSTAR.COM," "NORTHSTARCA96161.COM" or anything confusingly similar thereto, including any name, mark or symbol containing or confusingly similar to NORTHSTAR or NORTHSTAR-AT-TAHOE on any website he controls or internet advertising material including what is currently displayed at ASPEN-NORTHSTAR.COM and/or any other advertising or promotional materials by January 31, 2008.  Until Evans transitions to a new domain name no later than January 31, 2008, Evans may continue to display content at WWW.ASPEN-NORTHSTAR.COM, provided that on the homepage of his website, he immediately and prominently displays the following disclaimer:

"*Aspen Properties is not connected with, sponsored by or affiliated with Trimont Land Company, CNL Income Northstar, LLC, or any of their related companies. NORTHSTAR™, NORTHSTAR-AT-TAHOE® are trademarks and service marks of CNL Income Northstar, LLC.*"

B. To permanently discontinue all use of a commercial nature of any name, mark or symbol containing NORTHSTAR, NORTHSTAR-AT-TAHOE or anything confusingly similar thereto, except when referring to the NORTHSTAR Resort as a nominative fair use pursuant to the Northstar Fair Use Guidelines.

C. To not register or attempt to register for commercial use any domain name that contains NORTHSTAR, NORTHSTAR-AT-TAHOE and/or anything confusingly similar thereto.

D. To transfer the domain name WWW.ASPEN-NORTHSTAR.COM no later than January 31, 2008 and to transfer WWW.NORTHSTARCA96161.COM and any other domain name owned by Evans that includes NORTHSTAR or NORTHSTAR-AT-TAHOE to CNL.

E. To comply with Trimont's Northstar Fair Use Guidelines, with regard to any use of Trimont's NORTHSTAR Marks or the word NORTHSTAR in conjunction with any commercial activities.

5. This Court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment, the Domain Name Assignment Agreement and the Settlement Agreement between the parties pursuant to which the Consent Judgment is filed.

6. The right to enforce this Consent Judgment shall transfer to any successor-in-interest to Trimont, including but not limited to CNL.

NOW THEREFORE, the Court having jurisdiction over the parties in the subject matter it is hereby ordered as follows:

3

CONSENT JUDGMENT AND DISMISSAL

1. The Court shall retain jurisdiction over any and all proceedings arising out of or related to the enforcement of the terms of the Settlement Agreement and the Domain Name Assignment Agreement, as stipulated by the parties in the Settlement Agreement;

2   All claims and counter claims are dismissed with prejudice;

3. Each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated:  September 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

fb.us.2202642.02

4
CONSENT JUDGMENT AND DISMISSAL